**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CHRISTOPHER TUGGLE and　　　　　　　　CASE NO.: 8:15-cv-01986-MSS-AEP
ANDREA TUGGLE

  Plaintiffs,

vs.

ALLIED INTERNATIONAL CREDIT CORP.,

  Defendant.
              /

## NOTICE OF PENDING SETTLEMENT

  **COME NOW**, Plaintiffs, CHRISTOPHER TUGGLE and ANDREA TUGGLE, and Defendant, ALLIED INTERNATIONAL CREDIT CORP., by and through their undersigned counsel, and pursuant to Local Rule 3.08(a), hereby file this Notice of Settlement and state that Plaintiffs and Defendant have come to an amicable settlement agreement.

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on February 23, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of filing to the following authorized CM/ECF filers:

Michael P. Schuette, Esq.
Florida Bar No. 0106181
Dayle M. Van Hoose, Esq.
Florida Bar No.: 016277
SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC
3350 Buschwood Park Drive, Ste. 195
Tampa, Florida 33618
Telephone No.: (813) 890-2469
Facsimile No.: (866) 466-3140
mschuette@sessions.legal
dvanhoose@sessions.legal

**BOSS LAW**

/s/ Christopher W. Boss
Christopher W. Boss, Esq.
Fla. Bar No.: 13183
Service Email: CPservice@protectyourfuture.com
9887 Fourth Street North, Suite 202
St. Petersburg, Florida 33702
Phone: (727) 471-0039
Fax:    (888) 503-2182
**Attorney for Plaintiffs**